No. 572, Misc. RAYSOR v. PENNSYLVANIA. C. A. 3d Cir. Certiorari denied.

No. 693, Misc. HELSEL v. HARRISON, CORRECTIONS DIRECTOR. C. A. 6th Cir. Certiorari denied.

No. 703, Misc. WINDES v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Beatrice Rosenberg* for the United States.

No. 714, Misc. THERIAULT v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 723, Misc. LICO v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 7th Cir. Certiorari denied. *Richard W. Lowery* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Roger A. Pauley* for respondent.

No. 740, Misc. MELFA ET AL. v. A. S. ABELL Co. Ct. App. Md. Certiorari denied. *Leonard J. Kerpelman* for petitioners. *Francis D. Murnaghan, Jr., Joseph H. H. Kaplan,* and *Alan M. Wilner* for respondent.

No. 745, Misc. MOORE v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied. *Frank S. Hogan* and *William C. Donnino* for respondent.

No. 764, Misc. FREEMAN v. UNITED STATES. C. A. 10th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.